UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYFORD CLARK,

Plaintiff,

v.                                                                      Case No. 6:11-cv-677-Orl-18DAB

CLIENT SERVICES, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 25, 2011                           Respectfully submitted,

s/ Andrew I. Glenn_____     s/ Jaime R. Girgenti_____
Andrew I. Glenn, Esq.                              Dale T. Golden, Esq.
E-mail: Andrew@cardandglenn.com          Florida Bar No. 0094080
Florida Bar No. 577261                             Email: dgolden@goldenscaz.com
J. Dennis Card, Jr., Esq.                            Jaime R. Girgenti, Esq.
E-mail: Dennis@cardandglenn.com          Florida Bar No. 0592641
Florida Bar No. 0487473                            Email: jrgirgenti@goldenscaz.com
Card & Glenn, P.A.                                   GOLDEN & SCAZ, PLLC
2501 Hollywood Boulevard, Suite 100      201 North Armenia Avenue
Hollywood, Florida 33020                         Tampa, FL 33609
Telephone: (954) 921-9994                       Telephone: (813) 251-3632
Facsimile: (954) 921-9553                        Facsimile: (813) 251-3675
Attorneys for Plaintiff                                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                           /s Andrew I. Glenn
                                           Andrew I. Glenn

## SERVICE LIST

Dale T. Golden, Esq.
Florida Bar No. 0094080
Email: dgolden@goldenscaz.com
Jaime R. Girgenti, Esq.
Florida Bar No. 0592641
Email: jrgirgenti@goldenscaz.com
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: (813) 251-3632
Facsimile: (813) 251-3675
Attorneys for Defendant
Served via CM/ECF