UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYFORD CLARK,

          Plaintiff,

-vs-                                  Case No. 6:11-cv-677-Orl-18DAB

CLIENT SERVICES, INC.,

          Defendant.
_____

## ORDER

On October 25, 2011 the parties filed a joint stipulation for dismissal with prejudice (Doc. No. 14). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs.

**DONE and ORDERED** in Orlando, Florida, this 26 day of October, 2011.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record